FILED

07/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0558

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0558

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL ANDREW BUCK,

      Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Defendant-Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Appellate Counsel's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel fo record and to Defendant-Appellant at his last known address.

ORDER – 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2020